The Tapacio Mining Company, Appellant, v. David A. de Lima and others, Respondents.

Second Department, February Term, 1888.

Judgment affirmed, with costs. Opinion by Macomber, J.